FILED

JAN 3 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VOLVO FINANCIAL SERVICES a division of VFS US LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES L. BALES CONSTRUCTION INCORPORATED, a California Corporation; JAMES L. BALES, an individual,<br><br>Defendants. | CASE NO. 1:08-cv-00652-AWI-DLB<br><br>CLERK'S JUDGMENT BY DEFAULT<br><br>[Fed. Rules Civ. Proc., Rule 55(b)(1)] |

Whereas, it has been proved upon affidavit of Plaintiff that,

a) Plaintiff's claim is for a sum certain or a sum that can be made certain by computation, and provided for in the affidavit filed concurrently herewith,

b) that the Defendants' defaults were entered, and

c) Defendants are not minors or incompetent persons.

Wherefore, JUDGMENT IS HEREBY ENTERED in favor of Plaintiff VOLVO FINANCIAL SERVICES a division of VFS US LLC, a Delaware Limited Liability Company, and against Defendants JAMES L. BALES CONSTRUCTION INCORPORATED, a California Corporation and JAMES L. BALES, an individual, in the principal amount of $199,398.47, plus prejudgment interest in the amount of $51,426.59, for a total judgment of **$250,825.06**.

1  Additionally, interest shall accrue at the maximum legal rate from the date of entry of
2  judgment.
3  DATED: January 30, 2009

VICTORIA C. MINOR
CLERK OF THE DISTRICT COURT

BY: *[signature]*

DEPUTY CLERK  S. ARELLANO

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

-2-
CLERK'S JUDGMENT BY DEFAULT