Gordon & Rees LLP
7465 West Lake Mead, Suite 200
Las Vegas, NV 89128

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VOLVO FINANCIAL SERVICES a division of VFS US LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES L. BALES CONSTRUCTION INCORPORATED, a California Corporation; JAMES L. BALES, an individual,<br><br>Defendants. | CASE NO. 1:08-cv-00652-AWI-DLB<br><br>**ORDER FOR DEBTOR EXAM** |

It appearing to the Court by the Ex Parte Motion for Order Allowing Examination of Judgment Debtor that the final Judgment was entered against Defendants JAMES L. BALES CONSTRUCTION INCORPORATED, a California Corporation ("BALES CONSTRUCTION") and JAMES L. BALES, an individual ("BALES") (collectively, "Defendants") on January 30, 2009, in the United States District Court, Eastern District of California, and that the time for Defendants to seek relief from the judgment has passed, it is hereby

ORDERED that

1) Defendant [person most knowledgeable for] BALES CONSTRUCTION is ordered to appear in the above action at a location in the Bakersfield area, within 50 miles of the its place of business, to be designated by the law office of Gordon & Rees LLP, on the 26th day

of January, 2011, at the hour of 10:00 a.m., to testify under oath concerning its property, assets and liabilities, and said Defendant is hereby forbidden in the meantime from disposing of any property not exempt from execution; and

    2)    Defendant BALES is ordered to appear in the above action at a location in the Bakersfield area, within 50 miles of his residence, to be designated by the law office of Gordon & Rees LLP, on the 26th day of January, 2011, at the hour of 1:00 p.m., to testify under oath concerning his property, assets and liabilities and said Defendant is hereby forbidden in the meantime from disposing of any property not exempt from execution.

Failure to appear at the time and place stated above will result in a bench warrant being issued for your arrest.

IT IS SO ORDERED.

Dated: __December 30, 2010__        /s/ *Dennis L. Beck*
                                             UNITED STATES MAGISTRATE JUDGE